IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>NORTHERN CHEYENNE UTILITIES COMMISSION,<br><br>Defendant. | CV 21-94-BLG-SPW-TJC<br><br>**ORDER GRANTING MOTION TO ENTER CONSENT DECREE** |

Upon consideration of the Unopposed Motion to Enter Consent Decree, filed by Plaintiff the United States of America, the Court finds that the Consent Decree is fair, reasonable, and consistent with the goals of the Clean Water Act and other applicable law.

Accordingly,

IT IS HEREBY ORDERED that the motion is granted, and that the Consent Decree, which was lodged with this Court on August 30, 2021 (Doc. 2-1), is deemed entered this day.

IT IS FURTHER ORDERED that this action is dismissed without prejudice; provided, however, that nothing herein shall affect the terms of the Consent Decree entered this day and that this Court retains jurisdiction to enforce the terms of the

1

Consent Decree as entered.

Dated this 8th day of November, 2021.

Honorable Susan P. Watters
United States District Court
District of Montana